1  Christopher B. Good, Esq.  (SBN 232722)
   GOOD LAW
2  2934 ½ Beverly Glen Circle, No. 104
   Los Angeles, CA 90077
3  T: (310) 274-4663
   cgood@thegoodlaw.com
4
   Attorneys for Plaintiffs,
5  DGF Worldwide Entertainment Group, LLC
   And Daniel G. Fainman
6

## UNITED STATES FEDERAL DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DGF WORLDWIDE ENTERTAINMENT GROUP, LLC and DANIEL G. FAINMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> CHASING 3000 FILMS, LLC; PRETTY DANGEROUS FILMS, LLC; VELOCITY PICTURES, LLC; RYAN JOHNSON, and PATRICK GALLAGHER <br><br> Defendants. | CASE NO. 2:14-mc-00632-UA <br><br> REQUEST FOR ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS <br><br> FRCP 4(c); LR 19.2, 19.3 <br> [No Hearing Required] |

1
REQUEST FOR ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS

TO ALL PARTIES AND COUNSEL OF RECORD:

PLAINTIFFS/JUDGMENT CREDITORS DGF WORLDWIDE ENTERTAINMENT GROUP, LLC and DANIEL G. FAINMAN, pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and rules 4, 5 and 64-2 of the Local Rules of the Central District of California, request that Janney & Janney, a registered CA process server and attorney service company, whose business address is 1545 Wilshire Blvd., Los Angeles, CA 90017 be authorized and specially appointed to serve any writs of attachment, writs of execution, and any other judgment enforcement documents or items necessary in this action. The U.S. Marshall's office shall remain the levying officer.

Dated:      April 23, 2019

By:_____
Christopher B. Good
Attorney for Judgment Creditors