1

2

3

4

5

6

7

8

9

UNITED STATES FEDERAL DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11   | DGF WORLDWIDE ENTERTAINMENT          | CASE NO. 2:14-mc-00632-UA

12   | GROUP, LLC and DANIEL G. FAINMAN,

13   |                Plaintiffs,                          | [PROPOSED] ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS

14   |        vs.                                          | FRCP 4(c); LR 19.2, 19.3 [No Hearing Required]

15   | CHASING 3000 FILMS, LLC; PRETTY

16   | DANGEROUS FILMS, LLC; VELOCITY PICTURES, LLC; RYAN JOHNSON, and

17   | PATRICK GALLAGHER

18   |                Defendants.

19

20

21

22           Having considered the request of PLAINTIFFS/JUDGMENT CREDITORS DGF

23   WORLDWIDE ENTERTAINMENT GROUP, LLC and DANIEL G. FAINMAN, collectively

24   referred herein as the (" Judgment Creditors"), pursuant to the provisions of Rule 4(c) of the Federal

25   Rules of Civil Procedure and Rule 4, 5 and 64-2 of the Local Rules of Practice of the United States

26   District Court for the Central District of California, to designate Janney & Janney, a registered

27   California process server whose business address is 1545 Wilshire Blvd., Los Angeles, CA 90017,

28

1  as an authorized and specially appointed process server in this action; and

2      Having considered Judgment Creditors' request that the Court authorize Janney & Janney to

3  serve any Writs of Attachment, Writs of Execution and other judgment enforcement; and

4      Having considered Judgment Creditors' request that the U.S. Marshall's Office remain the

5  Levying Officer.

6

7      IT IS HEREBY ORDERED THAT the Creditors' requests are granted.  Janney & Janney is

8  appointed to serve any Writs of Attachment and Writs of Execution and other judgment enforcement

9  items necessary in this action.  It is further ordered that the U.S. Marshall's Office shall remain the

10  Levying Officer.

11

12

13      DATED:                                      _____

14                                            JUDGE OF THE FEDERAL COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS