1  **GOOD GUSTAFSON AUMAIS LLP**
   CHRISTOPHER B. GOOD, Cal. Bar No 232722
2  cbg@ggallp.com
   2330 Westwood Blvd., No. 103
3  Los Angeles, CA 90064
   Telephone:  310 274-4663
4
   Attorneys for Plaintiffs
5  DGR Worldwide Entertainment
   Group, LLC and Daniel G. Fainman
6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10 DGF WORLDWIDE                          Case No. 2:19-cv-03315-VAP
   ENTERTAINMENT GROUP, LLC
11 and DANIEL G. FAINMAN                  **RENEWAL OF  JUDGMENT BY**

12              Plaintiffs,               **CLERK**

13     v.

14 CHASING 3000 FILMS, LLC;
   PRETTY DONGEROUS FILMS,
15 LLC; VELOCITY PICTURES, LLC;
   RYAN JOHNSON and PATRICK
16 GALLAGHER and DOE 10,

17              Defendants.

# RENEWAL OF JUDGMENT

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiffs DGF Worldwide, Entertainment Group, LLC and Daniel G. Fainman, which was entered in California on August 15, 2014 is hereby renewed against Defendants Chasing 3000 Films, LLC; Pretty Dangerous Films, LLC; Velocity Pictures, LLC; Ryan Johnson and Patrick Gallagher, jointly and severally, in the amount of **$224,000.84** as of August 6, 2024 as follows

Renewal of money judgment
- a. Total Judgment — $318,980.44
- b. Costs and fees after Judgment — $0.00
- c. Subtotal (add a and b) — $318,980.44
- d. Credits after Judgment (see below) — -$97,755.12
- e. Subtotal (subtract d from c) — $221,225.32
- f. Interest after Judgment (rate of .11% per annum) — $2,775.52
- g. Fee for filing renewal application — $0.00
- h. Total renewed Judgment (add e, f and g) — $224,000.84

TOTAL FOR RENEWED JUDGMENT:    $224,000.84

Dated: August 7, 2024

Clerk, by Deputy _____
Brian D. Karth, Clerk of Court

Case No. 2:19-cv-03315-VAP          - 1 -          RENEWAL OF JUDGMENT